NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| ANTONIO JAMES JEFFERSON, DOC #H45395, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D17-4893 |
| STATE OF FLORIDA, | ) ) | |
| Appellee. | ) ) ) | |

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Highlands County; Michael E. Raiden, Judge.

Antonio James Jefferson, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Peter Koclanes, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, SLEET, and SALARIO, JJ., Concur.